# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 17 2008

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA

V.

NICHOLAS NYANTI DORMU

### WARRANT FOR ARREST

CASE NUMBER: 0 8 - 0 1 3 - M - 0 1

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>NICHOLAS NYANTI DORMU</u>
                                                  Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

**DEBORAH A. ROBINSON**
**U.S. MAGISTRATE JUDGE**

in violation of Title __21__ United States Code, Section(s) § 841(a)(1).

**DEBORAH A. ROBINSON**
**U.S. MAGISTRATE JUDGE**

Name of Issuing Officer / Signature of Issuing Officer

Title of Issuing Officer

JAN 1 4 2008   District of Columbia

Date and Location

Bail fixed at $ _HWOP_   by _____
                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/14/08 | D. Dush, D. Tyshyn | |
| DATE OF ARREST | | |
| 1/17/08 | | |