UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : MAGISTRATE NO. 08-013M-01 (CR) |
| ALPHONSO DORMU,<br>also known as NICHOLAS DORMU, | : |
| Defendant. | : |

**FILED**
JAN 24 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## DISMISSAL

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge of the above-named defendant on these charges.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No. 4978610

BY: _____
VINCENT CAPUTY
ASSISTANT UNITED STATES ATTORNEY
Bar No. 362341
Federal Major Crimes Section
555 4th Street, N.W., Room 4647
Washington, D.C. 20530
(202) 514-6972

APPROVED AND GRANTED THIS 24th DAY OF January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE